1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ANITA PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-MJ-00023-MJS |
|---|---|
| Plaintiff, | ) **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER** |
| vs. | ) |
| ANITA PACHECO, | ) Hon. Michael J. Seng<br>) Date: September 12, 2017<br>) Time: 10:00 a.m. |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Anita Pacheco, having been advised of her right to be personally present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear for plea and sentencing at the September 12, 2017 change-of-plea hearing and that she be allowed to appear by video from the United States District Court in San Francisco, California. This Court has the discretion under Rule 43(b)(2) to allow Ms. Pacheco to appear by video for plea and sentencing. The government has no objection to this request.

Ms. Pacheco currently resides in Oakland, California and has limited means to travel to Yosemite. Ms. Pacheco was present in Yosemite for her initial appearance on April 18, 2017. The parties have reached a resolution as to the appropriate sentence in this case and the parties are prepared to go forward with plea and sentencing on September 12, 2017, at 10:00 a.m. Accordingly, Ms. Pacheco respectfully requests that the Court grant a waiver of her right to be

personally present and that she be permitted to appear via video from the United States District Court in San Francisco, California, for purposes of plea and sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 1, 2017    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ANITA PACHECO

## **O R D E R**

**GOOD CAUSE APPEARING**, Defendant's request for waiver of personal appearance and to appear via video at the September 12, 2017 change-of-plea hearing in Case No. 6:17-mj-00023-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in San Francisco or Oakland California, and a fully executed written plea agreement be provided to the Court at least three days before the said hearing.

IT IS SO ORDERED.

Dated:   September 7, 2017      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE