# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>v. )<br>)<br>ANITA GENEVA PACHECO )<br>)<br>*Defendant* ) | Case No. 6:17-mj-00023-MJS |

## PROBATION ORDER PURSUANT TO A DEFERRED JUDGMENT AGREEMENT
## BETWEEN THE PARTIES

**IT IS ORDERED:** The defendant is placed on probation as provided in the agreement between the parties for a period of 12 months(s), expiring on 9/27/2018, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. Appeal rights waived.


Date:   September 27, 2017              /s/Michael J. Seng
                                        **Michael J. Seng**
                                        *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The Defendant shall complete 60 hours of Community Service to be done at the rate of 10 hours a month with the first 10 hours to be completed thirty days from the date of sentencing and then every thirty days thereafter.  The Defendant shall perform and complete the Community Service hours within the first 10 months of probation and submit proof to the Court and the Government through Counsel.

2. The Defendant is ordered to personally appear for a Probation Review Hearing on 8/22/2018 at 10:00 am before U.S. Magistrate Judge Michael J. Seng.

   **OTHER**

   3.  The Defendant shall inform the Court and the Government, through Counsel, if represented of any citations within 7 days of being cited.